NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-7056

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

KENITHIA ALSTON,
APPELLEE,

v.

DISTRICT OF COLUMBIA, *et al.*,
APPELLANTS.

ON APPEAL FROM AN ORDER OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLANTS RONALD KOCH AND CALEB DEMERITT'S
STATEMENT OF ISSUES TO BE RAISED**

Appellants Ronald Koch and Caleb Demeritt intend to raise the following issue on appeal: whether the district court erred in denying appellants qualified immunity in its order on their motion to dismiss.

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

CAROLINE S. VAN ZILE
Solicitor General

ASHWIN P. PHATAK
Principal Deputy Solicitor General

CARL J. SCHIFFERLE
Deputy Solicitor General

/s/ Dia Rasinariu
DIA RASINARIU
Assistant Attorney General
Bar Number 1614383
Office of the Solicitor General

Office of the Attorney General
400 6th Street, NW, Suite 8100
Washington, D.C. 20001
(202) 724-6512
(202) 741-0649 (fax)
dia.rasinariu@dc.gov

May 2025